IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01171-ZLW

BERYL J. KOENIG,

    Applicant,

v.

PETE STEIN, United States Probation, and
GRACE SENA, United States Probation,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION FOR RECONSIDERATION

The matter before the Court is the "Motion for Reconsideration and Memorandum on the Motion and Request for Specific Findings of Fact and Law" that Applicant Beryl Koenig, a *pro se* litigant, who currently resides in Loveland, Colorado, filed on July 19, 2010. Ms. Koenig seeks reconsideration of the Order of Dismissal and the Judgment entered on July 9, 2010, pursuant to Fed. R. Civ. P. 59(e). The Court must construe the Motion liberally because Ms. Koenig is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Court will deny the Motion.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). A motion to alter or amend the judgment must be filed within twenty-eight days after the judgment is entered. *See* Fed. R. Civ. P. 59(e).

Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. *Van Cauwenberghe v. Biard*, 486 U.S. 517, 521-22 (1988); *In re Durability, Inc.*, 893 F.2d 264, 265 (10th Cir. 1990). As stated above, the final judgment in this case was entered on July 9, 2010. The Court, therefore, will consider Ms. Koenig's Motion to Reconsider pursuant to Rule 59(e) because it was filed within twenty-eight days after the final judgment was entered in this action. *See Van Skiver*, 952 F.2d at 1243 (stating that a motion to reconsider should be construed as filed pursuant to Rule 59(e) when it is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)).

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. *Id.* (citing *Van Skiver*, 952 F.2d at 1243).

As this Court stated in the July 9 Order of Dismissal, a finding that a 28 U.S.C. § 2255 motion is time-barred does not demonstrate that the remedy provided in § 2255 is inadequate or ineffective. *See Caravalho v. Pugh*, 117 F.3d 1177, 1178 (10th Cir. 1999). Nothing Ms. Koenig asserts in the Motion for Reconsideration supports a different finding by the Court. Therefore, upon consideration of the Motion and the entire file, and for the reasons set forth in the July 9 Order of Dismissal, the Court

concludes that Ms. Koenig fails to demonstrate that the Court misapprehended the facts, her position, or the controlling law and that reinstatement of this action is deserving. The Motion for Reconsideration will be denied. Accordingly, it is

ORDERED that Ms. Koenig's Motion for Reconsideration (Doc. No. 15) is denied.

DATED at Denver, Colorado, this __22nd__ day of __July__, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01171-ZLW

Beryl J. Koenig
1975 Massachusetts Street
Loveland, CO 80538

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/23/10

                                     GREGORY C. LANGHAM, CLERK

                                     By: _____
                                             Deputy Clerk