IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01171-ZLW

BERYL J. KOENIG,

    Applicant,

v.

PETE STEIN, United States Probation, and
GRACE SENA, United States Probation,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On August 9, 2010, Applicant submitted to the Court a second Motion for Reconsideration of this Court's dismissal of the instant action on July 9, 2010. For the same reasons stated in the Court's order entered on July 23, 2010, reconsideration of the Order of Dismissal is DENIED.

Dated: August 12, 2010